**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2024-CA-0099

Plaquemines Port, Harbor and Terminal District

- - Versus - -

State of Louisiana, Department of Transportation and
Development and Plenary Infrastructure Belle Chasse, LLC

19th Judicial District Court
Case #: 731886
East Baton Rouge Parish

On Application for Rehearing filed on _09/30/2024 by Plaquemines Port, Harbor & Terminal District

Rehearing _____ *Denied* _____

_____
Elizabeth Wolfe

_____
Steven M. Miller

_____
Hunter Greene

Date _____ OCT 29 2024 _____

_____
Rodd Naquin, Clerk